# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **PAUL F. DESCOTEAU, et al.**  )  )  **Plaintiffs**  )  )  v.                                        )        Civil No.   09-312-P-S  )  **ANALOGIC CORPORATION and**  )  **B-K MEDICAL SYSTEMS, INC.**     )  )  **Defendants**            ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 23) filed October 13, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiffs' Motion to Remand (Docket No. 8) is **DENIED**.

      /s/ George Z. Singal
      United States District Judge

Dated this 12th day of November, 2009.